# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2011

142553

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AIMEE LOUISE SWORD,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142553
COA: 301169
Oakland CC: 2009-228490-FC

On order of the Court, the application for leave to appeal the December 17, 2010 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecutor to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall pay particular attention to the defendant's contention that the Oakland Circuit Court improperly imposed lifetime electronic monitoring as part of the defendant's sentence. Lifetime electronic monitoring was not required by MCL 750.520c(2)(b) in this case because the complainant in this case was 14 years old.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

h0516